**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

IN RE:

**GUANTANAMO BAY DETAINEE
LITIGATION**

Misc. No. 08-mc-0442 (TFH)

Civil Action No. 05-cv-1244 (CKK)

**ORDER**

Pending before the Court is Petitioner Tariq Alsawam's (ISN 535) Motion for Authorization to Review Petitioner's Statements with Petitioner and Request for Expedited Consideration (docket # 100, 05-cv-1244). Respondents oppose the Motion. Central to the disagreement between Petitioner and Respondents is the proper interpretation of the Court's September 11, 2008 Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantanamo Bay, Cuba (docket # 57, 05-cv-1244; docket # 409, 08-mc-442) ("Protective Order"). The Court interprets the Protective Order to permit counsel for a petitioner to review with the petitioner statements in the exhibits to the Classified Factual Return for that petitioner that the Privilege Review Team determines were made by that petitioner to agents of the United States government. Counsel for a petitioner may not share with the petitioner information contained in the exhibits to the Classified Factual Return beyond the text of petitioner's statements, petitioner's name, and the dates the statements were made. Any document created by petitioner's counsel in accordance with these restrictions shall be marked, transported, handled, and maintained as classified material pursuant to the provisions of the Protective Order.

Upon consideration of the Motion, and consistent with the Court's Bench Order on

January 14, 2009, the Court

ORDERS that the Motion is **GRANTED**; and further

ORDERS that Petitioner's counsel may review *Ex Parte* Exhibit 1 with Petitioner, provided that the Privilege Review Team determines that *Ex Parte* Exhibit 1 contains only statements made by Petitioner to agents of the United States government, and contains no information other than Petitioner's statements, Petitioner's name, and the date the statements were made; and further

ORDERS that *Ex Parte* Exhibit 1 and information contained therein shall be marked, transported, handled, and maintained as classified material pursuant to the provisions of the Protective Order.

SO ORDERED.

January 15, 2008

/s/
Thomas F. Hogan
United States District Judge